FILED
CLERK, U.S. DISTRICT COURT

JAN 15 2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___rsm___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>GEORGE ZAVALA,<br><br>　　　　Defendant. | CR No. **2:25-CR-00033-MEMF**<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of Firearms and Ammunition; 18 U.S.C. § 924 and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

[18 u.s.c. § 922 (g) (1)]

On or about June 1, 2022, in Los Angeles County, within the Central District of California, defendant GEORGE ZAVALA knowingly possessed the following firearms and ammunition, each in and affecting interstate and foreign commerce:

1. a Smith & Wesson, model M&P9, 9mm caliber pistol, bearing serial number HSZ3738;

2. a Kel Tee, model PF-9, 9mm caliber pistol, bearing serial number S9Z73;

1      3.   a Springfield Armory, model XD9, 9mm caliber pistol,
2  bearing serial number XD292856;
3      4.   18 rounds of Poongsan Metals Corp. 9mm Luger caliber
4  ammunition;
5      5.   4 rounds of Federal Cartridge Company 9mm Luger caliber
6  ammunition;
7      6.   9 rounds of Winchester 9mm Luger caliber ammunition;
8      7.   1 round of Remington 9mm Luger caliber ammunition; and
9      8.   1 round of RUAG Ammo Tech 9mm Luger caliber ammunition.
10     Defendant ZAVALA possessed such firearms and ammunition knowing
11 that he had previously been convicted of a felony crime punishable by
12 a term of imprisonment exceeding one year, namely, Carrying a Loaded
13 Firearm, in violation of California Penal Code Section 12031(a)(1),
14 in the Superior Court for the State of California, County of Los
15 Angeles, Case Number BA387932, on or about August 8, 2011.

2

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

    (a) All right, title, and interest in any firearm or ammunition involved in or used in such offense; and

    (b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the convicted defendant shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//

//

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/S/
_____
Foreperson

E. MARTIN ESTRADA
United States Attorney

LINDSEY G. DOTSON
Assistant United States Attorney
Chief, Criminal Division

*[signature]*

J. MARK CHILDS
Assistant United States Attorney
Deputy Chief, Criminal Division

IAN V. YANNIELLO
Assistant United States Attorney
Chief, General Crimes Section

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, General Crimes Section

VARUN BEHL
Assistant United States Attorney
International Narcotics, Money Laundering & Racketeering Section

4